```
                        United States Bankruptcy Court
                         Southern District of Florida

In re:                                                  Case No. 16-24835-PGH
Steve Roy Daley                                         Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 113C-9      User: adaml            Page 1 of 1      Date Rcvd: Dec 05, 2016
                          Form ID: CGFD15        Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db            Steve Roy Daley,   505 Date Palm Drive,   Lake Park, FL  33403-3322
93801612      Best Buy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
93801614     +Central Financial Control,   Po Box 66044,   Anaheim, CA 92816-6044
93801617     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
              S Louis, MO 63179-0040
93801618      Doctors Business Bur,   202 N. Federal Hwy,   Lake Worth, FL 33460-3438
93801619     +Sears/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
93801623      Wells Fargo Home Mor,   Written Correspondence Resolutions,   Mac#2302-04e Pob 10335,
              Des Moines, IA 50306
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: FLDEPREV.COM Dec 06 2016 00:13:00      Florida Department of Revenue,   POB 6668,
              Bankruptcy Division,   Tallahassee, FL  32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 06 2016 00:22:14      Office of the US Trustee,
              51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
93801611     +EDI: BANKAMER.COM Dec 06 2016 00:13:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
              Greensboro, NC 27420-6012
93801613     +E-mail/Text: bankruptcy@cavps.com Dec 06 2016 00:22:37      Calvary Portfolio Services,
              500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
93806036     +E-mail/Text: bankruptcy@cavps.com Dec 06 2016 00:22:37
              Cavalry SPV I, LLC as assignee of Capital One Bank,   500 Summit Lake Drive, Ste 400,
              Valhalla, NY 10595-1340
93801615     +EDI: CHASE.COM Dec 06 2016 00:13:00      Chase Bank Usa, Na,   Po Box 15298,
              Wilmington, DE 19850-5298
93801616      EDI: CHASE.COM Dec 06 2016 00:13:00      Chase Slate,   P.O. Box 15123,
              Wilmington, DE 19850-5123
93801620     +EDI: RMSC.COM Dec 06 2016 00:13:00      Synchrony Bank/ JC Penneys,   Po Box 965064,
              Orlando, FL 32896-5064
93801621     +EDI: RMSC.COM Dec 06 2016 00:13:00      Synchrony Bank/Home Design,   Po Box 965064,
              Orlando, FL 32896-5064
93801622     +EDI: RMSC.COM Dec 06 2016 00:13:00      Synchrony Bank/Sams,   Po Box 965060,
              Orlando, FL 32896-5060
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
93801610    ##+ARS Account Resolution,   1801 NW 66th Ave, #200C,   Plantation, FL 33313-4571
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
```
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
              Scott D Rubinchik    on behalf of Debtor Steve Roy Daley srubinchiklaw@aol.com,
               scottdocs13@aol.com
                                                                                             TOTAL: 3
```

CGFD15 (10/1/16)



**ORDERED in the Southern District of Florida on December 5, 2016**

Paul G. Hyman, Jr.
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

Case Number: 16−24835−PGH

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Steve Roy Daley
505 Date Palm Drive
Lake Park, FL 33403−3322

SSN: xxx−xx−3604

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **November 1, 2016**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **11/29/2016** deadline:

    Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
    Official Bankruptcy Form 106A/B, Schedule A/B: Property
    Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
    Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
    Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
    Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
    Official Bankruptcy Form 106H, Schedule H: Your Codebtors
    Official Bankruptcy Form 106I, Schedule I: Your Income
    Official Bankruptcy Form 106J, Schedule J: Your Expenses
    **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J−2: Expenses for Separate Household of Debtor 2
    Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
    Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
    Chapter 13 Plan
    Official Bankruptcy Form 122C−1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or 122C−2, Chapter 13 Calculation of Your Disposable Income
    Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.